PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABRAHAM GONZALEZ,<br><br>Defendant. | Case No. 1:21-mj-00129-SAB<br><br>MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE |

The United States of America, by and through Phillip A. Talbert, United States Attorney, Jeffrey A. Spivak, Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss this case in the interest of justice without prejudice.

DATED:  June 8, 2022                                                Respectfully submitted,

                                                                                    PHILLIP A. TALBERT
                                                                                    United States Attorney

                                                               By:     /s/ Jeffrey A. Spivak
                                                                                    JEFFREY A. SPIVAK
                                                                                    Assistant U.S. Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice.

IT IS SO ORDERED.

Dated: __**June 8, 2022**__

_____
UNITED STATES MAGISTRATE JUDGE